The Law Office of Joseph Mauro, LLC     **(631) 669-0921**
306 McCall Ave.     **(631) 669-5071 fax**
West Islip, NY   11795

January 16, 2013

**Hon. Kathleen Tomlinson**
**Alphonse M. D'Amato Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**

**RE:**     **Hearn v. Niagara**
          **12   CV   4234**

Honorable Magistrate Tomlinson,

      I represent the Plaintiff in the above matter. I am writing to inform the court that the parties have reached a resolution of matter in principal. We are in the process of exchanging the settlement funds and documents and anticipate filing a stipulation of dismissal within the next 30 days. Plaintiff respectfully requests that the initial conference scheduled for Friday January 18, 2013 be cancelled.

Sincerely,

Joseph Mauro
Attorney for Plaintiff