UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
—————————————————————X

John Hearn

Docket No. 12-4234

**Plaintiff**

-against-

Niagara Credit Solutions, Inc.

**Defendant**

—————————————————————

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.


S/ JOSEPH MAURO                    3/9/2013
Joseph M. Mauro                    Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S/ Bradley J. Levien               3/9/2013
Mintzer, Sarowitz, Zeris, Ledva & Meyers    Date
17 West John Street, Suite 200
Hicksville, NY 11801

3/15/13